**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

_____

| | |
|---|---|
| **BARTON SOLVENTS, INC.** | **MISC. NO.** |
| **Plaintiff,** | : |
| **v.** | : |
| | :   **PLAINTIFF'S MOTION** |
| **SUFFOLK COUNTY WATER** |   **TO QUASH SUBPOENA** |
| **AUTHORITY,** | : |
| **Defendant.** | |

_____

Plaintiff moves for an Order quashing the attached Subpoena issued by defendant's counsel and in support of this motion state:

1.      Plaintiff, Barton Solvents, Inc. ("Barton"), is a corporation formed and existing under the laws of Iowa with its principal place of business in Polk County, Iowa.

2.      On April 26, 2022, Barton was served with a subpoena for document production issued by Defendant's ("Suffolk County Water") counsel and directed to Barton in connection with litigation styled *Suffolk County Water Authority v. The Dow Chemical Co., et al.* and pending in the U.S. District Court for the Eastern District of New York as Civil Action number "17cv6980 and related cases" (referred to herein as the "Subpoena"). A copy of the Subpoena is attached as Exhibit A to this Motion.

3.      The Subpoena purports to require Barton to make the required document production at a location in New York, New York on May 23, 2022.

1

4.      In violation of Fed. R. Civ. 45(c), the location for production is outside of Iowa and more than 100 miles distant from Barton's principal place of business and from any location where it regularly conducts business.

5.      Due to Suffolk County Water's failure to comply with Rule 45(c), Barton respectfully submits that it is entitled to relief from the Subpoena and requests this Court to quash the Subpoena or give other appropriate relief as the Court deems proper at law or in equity.

WHEREFORE Plaintiff prays for entry of an order quashing the attached Subpoena and/or providing such other relief as the Court deems appropriate at law or in equity.

/s/ William W. Graham
William W. Graham  AT0002953
DUNCAN GREEN, P.C.
400 Locust Street, Suite 380
Des Moines, IA  50309
Telephone:  (515) 288-6440
Facsimile:  (515) 288-6448
wwgraham@duncangreenlaw.com
ATTORNEYS FOR PLAINTIFF